**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                              Plaintiff,

                  - against -

WOLF & BADGER US INC.,

                              Defendants.
-----------------------------------------------------------X

Case No.   1:21-cv-6688-JPO

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Wolf & Badger US Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
         November 17, 2021

                                                SHAKED LAW GOUP, P.C.
                                               Attorneys for Plaintiff

                                               By: _____
                                               Dan Shaked, Esq.

So ordered.
11/18/2021

                                               14 Harwood Court, Suite 415
                                             Scarsdale, NY 10583
                                             Tel. (917) 373-9128
                                             e-mail: ShakedLawGroup@Gmail.com

_____
J. PAUL OETKEN
United States District Judge